Joseph N. Mott
Nevada Bar No. 12455
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas, NV 89128-8354
(702) 384-9900
(702) 384-5900 – (fax)
Joey@sjplawyer.com

Attorneys for Plaintiff
**NATALIE FUNG**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **NATALIE FUNG**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT ORCHARD**, an individual; **JEREMY RICKS**, an individual, **HENDERSON TAXI**, a Nevada corporation; **LLAMBI PRIFTI**, an individual; **DOE INDIVIDUALS 1** and **2**; and **ROE BUSINESS ENTITY 1**,<br><br>Defendants.<br>_____/ | Case No. **2:15-cv-01978-JCM-(NJK)**<br><br>**STIPULATION AND ORDER TO REMAND**<br>(28 U.S.C. §1447) |

IT IS HEREBY STIPULATED, by and between Plaintiff **NATALIE FUNG**, and Defendants **LLAMBI PRIFTI** and **HENDERSON TAXI**, by their undersigned counsel of record, that this Court does not have subject matter jurisdiction in this case as there is not complete diversity between the parties, and as a result, this case shall be *REMANDED* to the Eighth Judicial District Court, Clark County, Nevada for all further proceedings.

Dated: Tuesday, November 10, 2015.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | Mark E. Trafton, Esq. |
| /s/ Joseph N. Mott<br>JOSEPH N. MOTT<br>Nevada Bar No. 12455 | /s/ Mark E. Trafton<br>MARK E. TRAFTON<br>Nevada Bar. No. 6525 |
| Attorney for Plaintiff<br>**NATALIE FUNG** | Attorney for Defendants<br>**LLAMBI PRIFTI**<br>**HENDERSON TAXI** |

*Law Offices of Steven J. Parsons*
*7201 W. Lake Mead Blvd., Ste. 108*
*Las Vegas, NV 89128-8354*
*(702) 384-9900; fax (702) 384-5900*
Joey@SJPlawyer.com

Page 1 of  2

## ORDER

**IT IS HEREBY ORDERED** that this case is REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all future proceedings, pursuant to the terms stipulated by the parties as set forth herein.

Dated: November 17, 2015.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE BY MAILING

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that service of the foregoing Stipulation and Order to Remand was made this date by depositing a true copy of the same for mailing at Las Vegas, Nevada, addressed to the last know addresses of:

> Thomas E. Winner
> Kelly M. Smith
> ATKIN WINNER & SHERROD
> 1117 S Rancho Dr
> Las Vegas, NV 89012
> Attorneys for Defendant Robert Orchard
>
> Jeremy Ricks
> ADDRESS REDACTED

Dated: Tuesday, November 10, 2015.

/s/ Nick Ioll
An Employee of LAW OFFICES OF STEVEN J. PARSONS

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
(702) 384-9900; fax (702) 384-5900
Joey@SJPlawyer.com

Page 2 of 2